UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-22857-MC-GOODMAN

IN RE: APPLICATION OF VICTOR
MIKHAYLOVICH PINCHUK FOR
JUDICIAL ASSISTANCE IN
OBTAINING EVIDENCE IN THIS
DISTRICT

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Donald J. Hayden, Esq., of the law firm Baker & McKenzie LLP, Sabadell Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131, as counsel for Non-Parties, Felman Production, LLC, Felman Trading, Inc., CC Metals and Alloys, LLC, Georgian American Alloys, Inc. and Mordechai Korf in the above-styled case. Please send said counsel copies of all papers, including pleadings, motions, discovery materials, and notices, in this action.

CASE NO.: 13-22857-MC-GOODMAN

Dated: October 7, 2013 Respectfully submitted,

/s/ Donald J. Hayden
Donald J. Hayden
Florida Bar No. 0097136
donald.hayden@bakermckenzie.com
Julia G. Valois
Florida Bar No. 0100061
julia.valois@bakermckenzie.com
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8900
Facsimile:  (305) 789-8953

*Attorneys for Non-Parties, Felman Production LLC, Felman Trading, Inc., CC Metals and Alloys, LLC, Georgian American Alloys, Inc., and Mordechai Korf*

CASE NO.: 13-22857-MC-GOODMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Donald J. Hayden
       Donald J. Hayden

Baker & McKenzie, LLP, Sabadell Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, FL  33131.

CASE NO.: 13-22857-MC-GOODMAN

# SERVICE LIST

### IN RE: APPLICATION OF VICTOR MIKHAYLOVICH PINCHUK FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE IN THIS DISTRICT
Case No.: 13-22857-GOODMAN

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| |  |
|---|---|
| Richard H. Critchlow<br>Elizabeth Brooks Honkonen<br>Jalaine Garcia<br>Kenny Nachwalter, P.A.<br>201 S. Biscayne Boulevard<br>Miami Center- Suite 1100<br>Miami, Florida 33131-4237<br>305-373-1000<br>rcritchlow@kennynachwalter.com<br>ebh@kennynachwalter.com<br>jgarcia@kennynachwalter.com<br><br>*Attorneys for Victor Mikhaylovich Pinchuk* | |

427604-v1\MIADMS