UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-22857-MC-GOODMAN

IN RE APPLICATION OF VICTOR
MIKHAYLOVICH PINCHUK FOR
JUDICIAL ASSISTANCE IN
OBTAINING EVIDENCE IN
THIS DISTRICT
_____/

ORDER ON DISCOVERY SUBJECTS'

MOTION FOR ENLARGEMENT OF TIME

On September 20, 2013, this Court granted Victor Mikhaylovich Pinchuk's *ex parte* application for judicial assistance pursuant to 28 U.S.C. § 1782, and authorized Pinchuk to issue and serve discovery subpoenas on a number of non-party discovery subjects in connection with a breach of contract action pending before the London Court of International Arbitration. Felman Production, LLC, Felman Trading, Inc., CC Metals and Alloys, LLC, Georgian American Alloys, Inc., and Mordechai Korf (collectively, "the Discovery Subjects") have now filed a motion for enlargement of time within which to file objections to subpoenas and/or to appeal the September 20 Order. The Court hereby **GRANTS in part and DENIES in part** the Discovery Subjects' motion as follows:

1.  Insofar as the Discovery Subjects seek a thirty-day extension of time within which to challenge the September 20 Order, their motion is **granted**, in part. The enlargement will not be quite as long as requested. The Discovery Subjects retained local counsel on October 3, 2013, and the Undersigned believes that the retained law firm, one of the largest in the world, should be able to file appropriate motions or objections by **November 1, 2013**.

2.  Insofar as the Discovery Subjects' motion seeks an extension of time within which to *appeal* the Court's Order, their motion is **denied**. An appeal does not appear to be the appropriate means to at this point in the discovery proceeding challenge an order granting an *ex parte* motion brought pursuant to 28 U.S.C. § 1782. *See, e.g., In re Application of Pott*, No. 12-24515, 2013 WL 3189262, at *2 (S.D. Fla. June 20, 2013) (**vacating** earlier order granting *ex parte* application for international judicial assistance after discovery subjects filed a series of motions to quash subpoenas and to vacate); *In re Application of Mesa Power Grp.*, 878 F. Supp. 2d 1296, 1300 (S.D. Fla. 2012) (discovery subjects filed **motion to quash** subpoena *duces tecum* and deposition subpoenas); *In re Application of Winning (HK) Shipping Co. Ltd.*, No. 09-22659, 2010 WL 1796579, at *1 (S.D. Fla. Apr. 30, 2010) (evaluating **motion to quash** order granting discovery sought in aid of foreign arbitration proceeding).

3.       The Discovery Subjects shall have until **Friday, November 1, 2013** to file a motion to quash subpoenas, to vacate, for a protective order, written objections to the subpoenas, or any other appropriate motion challenging the September 20 Order.

**DONE AND ORDERED** in Chambers, in Miami, Florida, October 9, 2013.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record