CASE NO. 1:13-MC-22857-GOODMAN

EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:13-MC-22857-GRAHAM/GOODMAN

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in Obtaining
Evidence in this District
_____/

## DECLARATION OF GENNADIY B. BOGOLYUBOV

Gennadiy B. Bogolyubov, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a proposed intervenor in this action and a respondent in arbitration Number 132459 before the London Court of International Arbitration (the "LCIA Arbitration"). I respectfully submit this declaration to respond to the Post-Hearing Order Regarding Factual Clarification For Intervention Motion dated December 23, 2013, seeking certain information regarding the LCIA Arbitration and the parties thereto (the "Clarification Order") [DE 46].

2. Paragraph 1 of the Clarification Order seeks a description of the relationships between the parties and the Discovery Subjects. I have read the Declaration of Igor V. Kolomoisky dated January 9, 2014, containing a description of Mr. Kolomoisky's relationships with the Discovery Subjects, as well as Mr. Kolomoisky's and my ownership interests in the Discovery Subjects. I confirm the accuracy of those statements.

3. Paragraph 2 of the Clarification Order asks how Mr. Kolomoisky can provide assurances to the LCIA Tribunal that he can produce documents in the Discovery Subjects' possession. I understand that Mr. Kolomoisky entered into an agreement with the Discovery

Subjects to provide documents for use in the LCIA Arbitration; I approve of that agreement. I also can confirm that upon my instructions my counsel, David Kavanagh, advised the LCIA Tribunal that I would not interfere with, or otherwise block, performance of Mr. Kolomoisky's agreement with the Discovery Subjects to provide documents for use in the LCIA Arbitration.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2014

*/s/ Gennadiy B. Bogolyubov*

Gennadiy B. Bogolyubov