**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  13-MC-22857-GRAHAM/GOODMAN**

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in
Obtaining Evidence in this District
_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Applicant Victor Mikhaylovich Pinchuk hereby files the attached Sanction Order from the *Mt. Hawley* case (the "Sanction Order").[1]  Pinchuk previously filed an earlier, published Order from the *Mt. Hawley* case in which Magistrate Judge Mary Stanley found that, despite their "troubling" sworn representations to the contrary, Kolomoisky and Bogolyubov owned and/or controlled Felman Production.[2]  While reviewing the *Mt. Hawley* docket, Pinchuk recently discovered the Sanction Order, which was entered a year after the Judge Stanley Order.  In it, the District Judge confirmed Judge Stanley's ownership and control findings and highlighted the Kolomoisky-controlled entity's "varying and extensive abuses of the discovery process,"[3] including its blatant disregard for myriad discovery orders, numerous misrepresentations respecting the control and ownership of the company, and the permanent destruction of relevant information.  Due to the pervasive and egregious nature of the discovery misconduct, the District Judge entered the ultimate sanction against Felman Production – dismissal of its cause of action with prejudice.

Date: January 17, 2014.

---

[1] *Mt. Hawley Ins. Co. v. Felman Production, Inc. v. Industrial Risk Insurers*, Case No. 3:09-0481 (S.D. W. Va. Sep. 29, 2011) at DE 566.

[2] *Mt. Hawley Ins. Co. v. Felman Production, Inc.*, 269 F.R.D. 609 (S.D. W. Va. 2010).

[3] Sanction Order at 18.

        Respectfully submitted,

        s/Ryan C. Zagare
        Richard H. Critchlow (FL Bar No. 155227)
        rcritchlow@knpa.com
        Elizabeth B. Honkonen (FL Bar No. 0149403)
        ehonkonen@knpa.com
        Ryan Zagare (FL Bar No. 28700)
        rzagare@knpa.com
        KENNY NACHWALTER, P.A.
        201 South Biscayne Boulevard, Suite 1100
        Miami, Florida  33131-4327
        Telephone:     (305) 373-1000
        Facsimile:     (305) 372-1861
        *Counsel for Applicant Victor Mikhaylovich Pinchuk*

## CERTIFICATE OF SERVICE

**I certify** that on January 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Ryan C. Zagare

2

## SERVICE LIST

Jeffrey B. Crockett, Esq.
jcrockett@coffeyburlington.com
Armando Rosquete, Esq.
Arosquete@coffeyburlington.com
Benjamin Brodsky, Esq.
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2699 South Bayshore Drive, PH
Miami, Florida  33131
Telephone:     (305) 858-2900
Facsimile:     (305) 858-5261
*Counsel for Discovery Subjects*
**[VIA CM/ECF]**

Richard H. Critchlow (FL Bar No. 155227)
rcritchlow@knpa.com
Elizabeth B. Honkonen (FL Bar No. 0149403)
ehonkonen@knpa.com
Ryan Zagare (FL Bar No. 28700)
rzagare@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard, Suite 1100
Miami, Florida  33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
*Counsel for Applicant Victor Mikhaylovich Pinchuk*
**[VIA CM/ECF]**

Jose I. Astigarraga, Esq.
jastigarraga@astidavis.com
Edward M. Mullins, Esq.
emullins@astidavis.com
Arnoldo B. Lacayo, Esq.
alacayo@astidavis.com
ASTIGARRAGA DAVIS MULLINS
 & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone:     (305) 372-8282
Facsimile:     (305) 372-8202
*Counsel for Proposed Intervenors*
**[VIA CM/ECF]**