UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:13-MC-22857-JG

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in this District
_____/

## NOTICE OF INTENT TO FILE REPLY

PLEASE TAKE NOTICE of Intervenors Igor Kolomoisky's and Gennadiy Bogolyubov's intent to file a Reply in support of the Discovery Subjects' Motion to Vacate, (DE41), pursuant to the Court's Order granting them conditional intervenor status and expressly allowing their filing of the referenced Reply, (DE43). The Intervenors file this Notice out of an abundance of caution as the Court ordered at a hearing on December 19, 2013, that the Reply be filed by Monday, January 20, 2014, which is a "Legal Holiday" as defined in Fed. R. Civ. P. 6(a)(6)(A). Accordingly, the Intervenors will file the referenced Reply tomorrow, Tuesday, January 21, 2014, pursuant to Fed. R. Civ. P. 6(a)(1).[1]

Dated:  January 20, 2014                          Respectfully submitted,

                                                  **ASTIGARRAGA DAVIS MULLINS &**
                                                  **GROSSMAN, P.A.**
                                                  *Attorneys for Igor Kolomoisky and*
                                                  *Gennadiy Bogolyubov*
                                                  1001 Brickell Bay Drive, 9th Floor
                                                  Miami, Florida 33131
                                                  Tel: (305) 372-8282
                                                  Fax: (305) 372-8202

---

[1] Should the Court disagree with the Intervenors' calculation of the deadline to file the referenced Reply, the Intervenors respectfully request a one (1) day enlargement of time through and including Tuesday, January 21, 2014, within which to file their Reply in Support of the Motion to Vacate, (DE41). As good grounds for the one (1) day enlargement, the undersigned represents to the Court that he was ill and out of the office on Friday, January 17, 2014, and remained ill through yesterday, Sunday, January 19, 2014.

1

/s/ Arnoldo B. Lacayo
José I. Astigarraga
Fla. Bar No. 263508
Email:  jastigarraga@astidavis.com
Edward M. Mullins
Fla. Bar No. 863920
Email:  emullins@astidavis.com
Arnoldo B. Lacayo
Fla. Bar No. 675482
Email:  alacayo@astidavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Arnoldo B. Lacayo

## SERVICE LIST

IN RE: APPLICATION OF VICTOR MIKHAYLOVICH PINCHUK FOR
JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE IN THIS DISTRICT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:13-MC-22857-GOODMAN

| | |
|---|---|
| Richard H. Critchlow, Esq.<br>Elizabeth B. Honkonen, Esq.<br>Jalaine Garcia, Esq.<br>Kenny Nachwalter, P.A.<br>201 S. Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Tel.:  (305) 373-1000<br>Email:  rcritchlow@kennynachwalter.com<br>Email:  ebh@kennynachwalter.com<br>Email:  jgarcia@kennynachwalter.com<br><br>*Attorneys for Applicant*<br>*Victor Mikhaylovich Pinchuk* | Jeffrey B. Crockett, Esq.<br>Armando Rosquete, Esq.<br>Benjamin Brodsky, Esq<br>Coffey Burlington, P.L.<br>2699 South Bayshore Drive, PH<br>Miami, Florida 33133<br>Tel.:  (305) 858-2900<br>Email:  jcrockett@coffeyburlington.com<br>Email:  arosquete@coffeyburlington.com<br>Email:  bbrodsky@coffeyburlington.com<br><br>*Attorneys for Non-Parties, Felman*<br>*Production LLC, Felman Trading, Inc., CC*<br>*Metals and Alloys, LLC, Georgian American*<br>*Alloys, Inc., and Mordechai Korf* |

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.