UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-MC-22857-GOODMAN

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in
Obtaining Evidence in this District
_____/

NOTICE OF COURT PRACTICE IN THE
EVENT OF THE COURT'S DENIAL OF A MOTION TO SEAL

On January 21, 2014, the Undersigned held a telephonic hearing in this case to address, among other issues, the intervenors' now-pending motion to seal. [ECF Nos. 59; 60].

At the hearing, the intervenors raised the possibility of *publicly* filing another motion to seal, which would include, as separate attachments, unredacted documents which would be filed *under seal* if the Undersigned granted the motion. The intervenors' counsel, however, asked the Undersigned what would occur if I denied the intervenors' motion to seal. If the result of a denial would be that the attached unredacted documents would be publicly filed, then, the intervenors explained, they might be less likely to file their motion.

The Undersigned hereby notifies the parties that pursuant to the Clerk's Office's internal operating procedures, if I denied the intervenors' motion to seal, then I could

direct the Clerk's Office on how to proceed with the proffered unredacted documents. In other words, I could specify that: (1) the proffered documents be returned to the party that filed them; (2) the proffered documents be unsealed and publicly filed; or (3) some of the proffered documents be returned and others unsealed and publicly filed.

Under the circumstances of this case, the Undersigned hereby advises the parties that if the intervenors' motion to seal these particular unredacted documents is denied, then I will instruct the Clerk's Office to <u>return</u> the unredacted documents to the intervenors' counsel.

**DONE AND ORDERED** in Chambers, in Miami, Florida, January 23, 2014.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to:</u>
All counsel of record