UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-MC-22857-GOODMAN

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in
Obtaining Evidence in this District
_____/

*AMENDED* NOTICE OF COURT PRACTICE IN THE
EVENT OF THE COURT'S DENIAL OF A MOTION TO SEAL

On January 21, 2014, the Undersigned held a telephonic hearing in this case to address, among other issues, the intervenors' now-pending motion to seal. [ECF Nos. 59; 60].

At the hearing, the intervenors raised the possibility of *publicly* filing another motion to seal, which would include, as separate attachments, unredacted documents which would be filed *under seal* if the Undersigned granted the motion. The intervenors' counsel, however, asked the Undersigned what would occur if I denied the intervenors' motion to seal. If the result of a denial would be that the attached unredacted documents would be publicly filed, then, the intervenors explained, they might be less likely to file their motion.

The Undersigned hereby notifies the parties that pursuant to the recent amendments to Local Rule 5.4,[1] "[i]f the Court denies the motion to seal," then "the proposed sealed filing <u>shall</u> not be public and <u>shall</u> be deleted from the docket by the Clerk's Office." (emphasis supplied).

**DONE AND ORDERED** in Chambers, in Miami, Florida, January 23, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

---

[1] The amendments are effective as of December 2, 2013. The prior version of the local rule **also** provided for the mandatory return of the proposed sealed material if the motion to seal is denied -- but it provided this in subsection (c). As noted above, as of December 2, 2013, this provision is found in subsection (d).